UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID M. MILLER,<br><br>    Defendant. | Case: 1:26−cr−20071<br>Assigned To : Ludington, Thomas L.<br>Referral Judge: Morris, Patricia  T.<br>Assign. Date : 2/17/2026<br>Description: INFO USA V. MILLER (AB)<br><br>Violation:<br>18 U.S.C. § 1040(a)(2), (b)(3) |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
18 U.S.C. § 1040(a)(2), (b)(3)
*Major Disaster Fraud*

On or about October 4, 2022, in the Eastern District of Michigan, and elsewhere, defendant, DAVID M. MILLER, knowingly made a materially false, fictitious, and fraudulent statement and representation to the Federal Emergency Management Agency (FEMA) in an application for a benefit authorized, transported, transmitted, transferred, disbursed, and paid in connection with the Presidential declaration of a major disaster for the State of Florida (FEMA-4673-DR), dated September 29, 2022, under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. § 5170, the above described benefit being a

record, voucher, payment, money, and other thing of value of the United States and of FEMA, a department and agency of the United States; that is, the defendant knowingly and fraudulently made an application for FEMA assistance pertaining to damage to a residence located in Fort Meyers, Florida, and in relation to that application, claimed that said residence was his primary residence and received approximately $108,091.35 in FEMA emergency relief benefits, when, in fact, it was not his primary residence and therefore did not qualify for FEMA emergency relief benefits, all in violation of Title 18, United States Code, Section 1040.

Dated: February 17, 2026

JEROME F. GORGON JR.
United States Attorney

s/*Grant Newman*

GRANT NEWMAN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
Grant.Newman@usdoj.gov
P79799

s/*Anthony P. Vance*

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, MI 48502
(810) 766-5177
Anthony.Vance@usdoj.gov
P61148

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 1:26−cr−20071 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: Ludington |
| ☐ Yes   ☒ No | AUSA's Initials: GN |

**Case Title:** USA v. David Miller

**County where offense occurred:** Crawford County and elsewhere

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/ ✓ Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:            ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 17, 2026
Date

s/Grant Newman

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:   989-895-5790
E-Mail address: Grant.newman@usdoj.gov
Attorney Bar #: P79799

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.